No. 91–6307. IN RE MINDEK ET AL. Petition for writ of mandamus and/or prohibition denied.

No. 91–6248. IN RE GINTER ET UX. Petition for writ of prohibition denied.

No. 89–1949. TILGHMAN ET AL. v. KOLKHORST. C. A. 4th Cir. Certiorari denied.

No. 90–1470. COLEGIO DE ABOGADOS DE PUERTO RICO v. SCHNEIDER ET AL.;

No. 90–1513. CULPEPER ET AL. v. SCHNEIDER ET AL.; and

No. 90–1651. SCHNEIDER ET AL. v. COLEGIO DE ABOGADOS DE PUERTO RICO. C. A. 1st Cir. Certiorari denied. Reported below: 917 F. 2d 620.

No. 90–1897. UNITED ARTISTS COMMUNICATIONS, INC., ET AL. v. THE MOVIE 1 & 2. C. A. 9th Cir. Certiorari denied.

No. 91–83. HODGE v. UNITED STATES DEPARTMENT OF JUSTICE; ESCOBEDO GONZALEZ v. IMMIGRATION AND NATURALIZATION SERVICE; and AMADOR-CASTILLO v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied. Reported below: 929 F. 2d 153 (first case); 932 F. 2d 965 (second case); 930 F. 2d 916 (third case).

No. 91–202. LAUGHINGHOUSE v. NORTH CAROLINA EX REL. NORTH CAROLINA PORTS RAILWAY COMMISSION. Ct. App. N. C. Certiorari denied.

No. 91–207. HASHIM v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied.

No. 91–295. DOYLE ET AL. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.